UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE PAGUADA, *individually and on behalf of all others similarly situated*, | |
| Plaintiff, | No. 22-CV-921 (RA) |
| v. | ORDER |
| OPTRONIC TECHNOLOGIES, INC., | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On February 7, 2022, the Court directed the parties to submit a joint status letter within 45 days of service of the summons and complaint, requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. Dkt. 5. The Court has not yet received that letter. The parties shall submit the status letter no later than April 27, 2022.

SO ORDERED.

Dated:   April 20, 2022
         New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge