AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| JOSUE PAGUADA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00921-RA |
| OPTRONIC TECHNOLOGIES, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Optronic Technologies, Inc. .

Date:      04/27/2022

/s/ Nathan M. Carle
*Attorney's signature*

Nathan M. Carle (CA Bar No. 304846)
*Printed name and bar number*

Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Address*

ncarle@raineslaw.com
*E-mail address*

(310) 440-4100
*Telephone number*

(310) 691-1367
*FAX number*