UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSUE PAGUADA, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

          v.

OPTRONIC TECHNOLOGIES, INC.,

                    Defendant.

---

No. 22-CV-0921 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that mediation in this case was not held as one or both parties failed to participate in the mediation session.  No later than July 13, 2022, the parties shall file a joint letter explaining why mediation was not held, and otherwise updating the Court on the status of this case and proposing next steps.

SO ORDERED.

Dated:    July 6, 2022
          New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge