UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, *individually and on behalf of all others similarly situated*,

                                        Plaintiff,

                        v.

OPTRONIC TECHNOLOGIES, INC.,

                                        Defendant.

No. 22-CV-0921 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 14, 2022, the Court granted Defendant's request for an extension of its deadline to respond to the complaint, and also directed the parties to submit a joint status letter within one week of their mediation session, which the parties represented would take place in August. The Court has not heard from the parties since then, and Defendant has not filed an answer. The parties are directed to file a joint status letter updating the Court on the status of this case no later than October 14, 2022.

SO ORDERED.

Dated:    October 7, 2022
          New York, New York

                                        _____
                                               RONNIE ABRAMS
                                          United States District Judge